IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISHMAEL A. BURK, | No. 4:21-CV-01354 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SUPERINTENDENT WAKEFIELD, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 1st day of June 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 12) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** in part and **DENIED** in part, as follows:

    a. Burk's Fourth Amendment claim is **DISMISSED** with prejudice.

    b. Burk's First Amendment access-to-courts claim is **DISMISSED** without prejudice as to all Defendants.

    c. Burk's First Amendment retaliation claim against defendant Cassol is **DISMISSED** without prejudice.

    d. To the extent that Burk is asserting an Eighth Amendment conditions-of-confinement claim, said claim is **DISMISSED** without prejudice as to all Defendants.

      e.      Burk's Eighth Amendment claim of deliberate indifference to serious medical needs against defendant Smith is **DISMISSED** without prejudice.

      f.      Defendants' motion to dismiss is **DENIED** as to Burk's First Amendment retaliation claim against defendants Hann, Smith, Wakefield, and Grassmeyer.

      g.      Defendants' motion to dismiss is **DENIED** as to Burk's Eighth Amendment excessive force claim against Hann and Smith.

2. Burk, if desired, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order, or on before **June 22, 2022**.

3. If no amended complaint is timely filed, this case will proceed on the following Section 1983 claims: (1) First Amendment retaliation against defendants Hann, Smith, Wakefield, and Grassmeyer; and (2) Eighth Amendment excessive force against Hann and Smith.

                                                  BY THE COURT:

                                                  *s/ Matthew W. Brann*
                                                  Matthew W. Brann
                                                  Chief United States District Judge